## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

M. Dena Ellis,

      Plaintiff,                            Civil No.07-2150 (RHK/JSM)

vs.                                     **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 3, 2007

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge